# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2014

147318

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

STEFFAN GAYDOS,
        Plaintiff-Appellee,

v

        SC: 147318
        COA: 312725
        Wayne CC: 10-013834-CK

CITY OF ALLEN PARK,
        Defendant-Appellant,
and

CITY OF ALLEN PARK PENSION BOARD,
        Defendant.

_____/

On order of the Court, the application for leave to appeal the May 16, 2013 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration, as on leave granted, of the plaintiff's age discrimination claim. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2014

Clerk

t0128